**IN THE UNITED STATES DISTRICT COURT FOR THE**

**WESTERN DISTRICT OF WISCONSIN**

| | |
|---|---|
| THE STATE OF WISCONSIN,<br><br>　　　　　*Plaintiff*,<br><br>　　　v.<br><br>FORIS DAX MARKETS, INC.,<br><br>NORTH AMERICAN DERIVATIVES<br>EXCHANGE INC., d/b/a CRYPTO.COM<br>DERIVATIVES NORTH AMERICA,<br><br>and<br><br>DOES 1-20,<br><br>　　　　　*Defendants*. | Case No. 3:26-cv-00381 |

**JOINT MOTION REGARDING SCHEDULING**

The parties, by their undersigned counsel, hereby file this joint motion (the "Motion") requesting that this Court set the below requested briefing schedule for the State of Wisconsin's ("Plaintiff") forthcoming Motion to Remand and stay all other deadlines pending the resolution of the Motion to Remand. As grounds for this Motion, the parties state as follows:

1.　　　On April 23, 2026, Plaintiff filed a Complaint to Abate Public Nuisance against Defendants Foris Dax Markets, Inc. ("Foris Dax") and North American Derivatives Exchange, Inc. d/b/a Crypto.com | Derivatives North America ("CDNA") in the State of Wisconsin Circuit Court, Dane County, Case No. 2026CV001286 (the "Action");

2.　　　On April 23, 2026, Plaintiff also filed a Notice of Motion and Motion for a Temporary Injunction in the Action;

3.　　　On April 24, 2026, Defendants filed a Notice of Removal removing the Action from the State of Wisconsin Circuit Court, Dane County pursuant to 28 U.S.C. §§ 1331, 1441(a), 1442(a), and 1446 (Dkt. 1);

1

4.      On April 27, 2026, Defendants filed Supplemental Exhibits to the Notice of Removal attaching a file-stamped copy of the Notice of Filing of Notice of Removal filed in the State of Wisconsin Circuit Court, Dane County and Plaintiff's Notice of Motion and Motion for a Temporary Injunction (Dkt. 3);

5.      Defendants have agreed to waive service of the Complaint pursuant to Fed. R. Civ. P. 4(d);

6.      Pursuant to Fed. R. Civ. P. 12(a)(1)(A)(ii), Defendants must answer or otherwise respond to the Complaint within 60 days of the request for a waiver of service;

7.      The Court has not issued a briefing schedule setting a time for Defendants to file a response to Plaintiff's Motion for a Temporary Injunction;

8.      The parties have met and conferred and understand that Plaintiff intends to file a motion to remand this case to the State of Wisconsin Circuit Court, Dane County ("Motion to Remand");

9.      The parties have agreed to a briefing schedule for the Motion to Remand and to hold all other deadlines and activity in this case in abeyance pending resolution of that motion;

10.     This Court has broad discretion to issue this jointly requested order. *See, e.g., Dietz v. Bouldin*, 579 U.S. 40, 47 (2016) ("[D]istrict Courts have the inherent authority to manage their dockets and courtrooms with a view toward the efficient and expedient resolution of cases.");

11.     The parties agree that the requested order would not prejudice either party. Instead, because the ruling on the forthcoming Motion to Remand will determine in which court further proceedings will occur, the requested relief would result in a more efficient use of the parties' resources and likewise conserve the judicial resources of this Court;

NOW THEREFORE, the parties, through their undersigned counsel, hereby request that the Court enter an order:

1. Setting the following briefing schedule for the forthcoming Motion to Remand:

    a. Defendants shall have thirty (30) days from the date of filing of the Motion to Remand to file an opposition;

    b. Plaintiff shall have fourteen (14) days from the date of filing of Defendants' opposition to the Motion to Remand to file a reply in support of the Motion to Remand;

2. Holding all other deadlines, obligations, and proceedings in this case not related to the Motion to Remand—including, but not limited to, the time for Defendants to answer or otherwise respond to the Complaint—in abeyance pending the Court's resolution of the Motion to Remand.

3

Dated: May 7, 2026.

Respectfully submitted,

JOSHUA L. KAUL
Attorney General of Wisconsin

Electronically signed by:

*/s/ Colin T. Roth*
COLIN T. ROTH
Assistant Attorney General
State Bar #1103985

CHARLOTTE GIBSON
Assistant Attorney General
State Bar #1038845

Wisconsin Department of Justice
Post Office Box 7857
Madison, Wisconsin 53707-7857
(608) 266-7636 (Roth)
(608) 957-5218 (Gibson)
(608) 294-2907 (Fax)
colin.roth@wisdoj.gov
charlie.gibson@wisdoj.gov

*Attorneys for Plaintiff the State of Wisconsin*

*/s/ Harper F. Beck*
Eric G. Pearson (Wis. Bar No. 1064367)
Harper F. Beck (Wis. Bar No. 1115774)
Foley & Lardner LLP
777 E. Wisconsin Avenue
Milwaukee, WI 53202-5306
Telephone:  414-319-7360
Facsimile:  414-297-4900
epearson@foley.com
harper.beck@foley.com

Nowell D. Bamberger (*pro hac vice forthcoming*)
Matthew C. Solomon (*pro hac vice forthcoming*)
Cleary Gottlieb Steen & Hamilton LLP
2112 Pennsylvania Ave. NW
Washington, DC 20037
202-974-1500
nbamberger@cgsh.com
msolomon@cgsh.com

*Attorneys for Defendants Foris Dax Markets, Inc. and North American Derivatives Exchange, Inc., d/b/a Crypto.com | Derivatives North America*

4